UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL PERRY | CIVIL ACTION NO. 16-0261 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion to Dismiss (Record Document 20) is **GRANTED**, the Defendant's Motion to Dismiss (Record Document 18) is **DENIED AS MOOT**, and the Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 7th day of October, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE